IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| FIRST DEFIANCE FINANCIAL CORPORATION, ET AL. | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) No. 3:08CV 2429 |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, ET AL. | ) ) ) ) |
| Defendants. | ) |

## AGREED ORDER

The parties having agreed and for good cause shown, IT IS HEREBY ORDERED that (1) execution of the judgment entered in this matter on June 30, 2010 (Doc. No. 56) is stayed until further order of Court upon full and final disposition of all appeals in this matter, and (2) that the Court approves Progressive Casualty Insurance Company's supersedeas bond (Exhibit A) in the amount of $586,567.02, representing the amount of the judgment entered, $564,006.75, plus one year interest at the 2010 statutory rate of 4%, $22,560.27.

SO ORDERED.

*s/ Jack Zouhary*

Judge Jack Zouhary
UNITED STATES DISTRICT COURT

Dated: 7/22/10

1314589.1